U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

AUG 21 2015

TONY R. MOORE, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

MERRIELL R. CUMMINGS            DOCKET NO.:1:14-cv-3362

VERSUS

LOUISIANA DEPT. CHILDREN      JUDGE DEE D. DRELL
    & FAMILY SERVICES           MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (*de novo*) review of the record including the objections filed herein, and having determined that the findings and recommendations are correct under the applicable law;

**IT IS ORDERED** that the defendants' motion to dismiss is **GRANTED** and Cumming's claims under the ADA only are **DISMISSED** without prejudice. The Motion to Amend (Doc. No. 12) is not ruled upon at this time, as the State's response is pending.

**THUS DONE AND SIGNED** in chambers at Alexandria, Louisiana on this 21st day of August, 2015.

                                DEE D. DRELL, CHIEF JUDGE
                                UNITED STATES DISTRICT COURT