**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | | |
|---|---|---|
| **MERRIELL R. CUMMINGS** | | |
| **Plaintiff** | * | **DOCKET NO. 1:14-cv-03362** |
| **VERSUS** | * | **JUDGE DRELL** |
| **STATE OF LOUISIANA, DEPARTMENT OF CHILDREN & FAMILY SERVICES** | * | **MAGISTRATE JUDGE PEREZ-MONTES** |
| **Defendant** | | |

*****************************************************************************************

## STATEMENT NOTING A PARTY'S DEATH

In accordance with Rule 25(a), **KATHY MATHEWS**, who is a representative of or successor to the deceased party, notes the death during the pendency of this action of **MERRIELL R. CUMMINGS**, plaintiff in this action.

THUS DONE AND SIGNED on this the 26th day of January, 2016.

                                          Respectfully submitted:

                                          **BROUSSARD, HALCOMB & VIZZIER**

                                          By:__s/Daniel E. Broussard, Jr._____
                                              **DANIEL E. BROUSSARD, JR. (#3510)**
                                              P.O. Box 1311
                                              429 Murray St., 3rd Floor
                                              Alexandria, Louisiana 71309
                                              deb@bhvlaw.com
                                              (318) 487-4589

                                          **ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE**

I HEREBY CERTIFY that I have this date forwarded a copy of the above and foregoing Statement Noting a Party's Death to all counsel of record via electronic filing on this 26th day of January, 2016 at Alexandria, Rapides Parish, Louisiana.

_____s/Daniel E. Broussard, Jr._____
DANIEL E. BROUSSARD, JR.